Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, ASCENTIUM CAPITAL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GURMINDER SINGH; JASWINDER BHANGOO; BLUJAY TRANSPORT INC., a California corporation,<br><br>　　　　　Defendants. | CASE No. 1:16-cv-00356-LJO-JLT<br><br>**ORDER FOR WRIT OF POSSESSION**[1]<br>**[X] AFTER HEARING**<br>**[ ] EX PARTE**<br><br>Date:<br>Time:<br>Dept.: |

---

[1] The contents of this Writ of Possession (Clam and Delivery), follow the form adopted for mandatory use by the Judicial Council of California and used in cases pending before the Superior Court of the State of California.

2128060.1 | 100287-0044

1

[PROPOSED] ORDER FOR WRIT OF POSSESSION AFTER HEARING (CLAIM AND DELIVERY)

**AFTER HEARING**

1. [X] The application of the plaintiff* for a writ of possession was heard as follows (check boxes in 1c and 1d to indicate personal presence at the hearing):

    a.    Judicial Officer (name): DALE A. DROZD

    b.    Hearing date: May 5, 2016

    c.    [x] Plaintiff (name): ASCENTIUM CAPITAL, LLC, a Delaware limited liability company, [X] Attorney (name): Andrew K. Alper

    a.    [x] Defendant (name): GURMINDER SINGH; JASWINDER BHANGOO; and BLUJAY TRANSPORT INC., a California corporation, [ ] Attorney (name): DID NOT APPEAR

**EX PARTE**

2. [] The application of the plaintiff for an ex parte writ of possession has been considered by the court. n/a

3. **The court finds:**

    a.    [X] Defendant has been properly served as required by Code of Civil Procedure section 512.030.

    b.    Plaintiff [] has [X] has not filed an undertaking as required by Code of Civil Procedure section 515.010. **Undertaking is hereby waived.**

    c.    Plaintiff has established the probable validity of the Plaintiff's claim to possession of the following property (specify):

Two 2007 Utility Trailers, S/N 1UYVS253X7U032909 and 1UYVS25327U032922;

Two 2007 Utility Trailers, S/Ns 1UYVS25397U032903 and 1UYVS25317U032927; and

Two 2007 Utility Trailers, S/Ns 1UYVS25327U033424 and 1UYVS25327U033410.

[] Continued on Attachment 3c. n/a

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

1 \*"Plaintiff" includes cross-complainant, and "defendant" includes cross-defendant.

2,3   d.   [X] There is probable cause to believe this property or some part of it is located at one or more of the following private places (specify):

4,5   6907 Wild Rogue Ct., Bakersfield, California  93313 and/or 7417 Sutter Mill Street, Bakersfield, California  93313

6   [] Continued on Attachment 3d. n/a

## ADDITIONAL FINDINGS FOR EX PARTE ISSUANCE OF WRIT OF POSSESSION

9   4.   [] **The court also finds:**  n/a

10,11,12   a.   [] Defendant gained possession of the property described in item 3c, which was not entrusted to the defendant, by feloniously taking such property from the plaintiff by means other than by false or fraudulent representation, pretense, or embezzlement.

13   b.   [] The property is a credit card.

14–20   c.   Defendant acquired possession of this property in the ordinary course of the defendant's trade or business for commercial purposes, and (1) the property is not necessary for the support of the defendant or the defendant's family; (2) there is an immediate danger that the property will become unavailable to levy by reason of being transferred, concealed or removed from the state, or will become substantially impaired in value by acts of destruction, or by failure to care of the property in a reasonable manner; and (3) the ex parte issuance of a writ of possession is necessary to protect the property.

21   d.   Total number of boxes checked in item 4: n/a

## ORDERS

24   5.   **IT IS ORDERED**

25–28   a.   The clerk of this court is directed to issue a writ of possession as provided in California Code of Civil Procedure section 512.020, directing the United States Marshal within whose jurisdiction the property described in item 3c, or some part of it, is located, to seize such property and retain custody of it as provided in Code of Civil Procedure sections 514.010-514.050.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA  90017-2427

      b.    [X] The clerk is directed to issue the writ of possession immediately.

      c.    [] The clerk is directed to issue the writ of possession upon the plaintiff's filing of a written undertaking, as required by Code of Civil Procedure sections 514.010, in the amount of: $ n/a

      d.    The written undertaking required by the Defendants for redelivery or to stay delivery is in the amount of: $150,000.00.

      e.    The clerk of this court is directed to attach a copy of this order and a copy of the plaintiff's undertaking to the writ of possession. n/a

      f.    The United States Marshal may enter the following private place(s) to take possession of the property or some part of it:

6907 Wild Rogue Ct., Bakersfield, California  93313 and/or 7417 Sutter Mill Street, Bakersfield, California  93313

[] Continued on Attachment 5f. n/a

      g.    [X] Defendant (name): GURMINDER SINGH; JASWINDER BHANGOO; and BLUJAY TRANSPORT INC., a California corporation is ordered to transfer possession of the property and turn over the Property described in item 3c to the plaintiff. (Code of Civ. Proc., §512.070.)

      h.

**NOTICE TO DEFENDANT: Failure to comply with an order of the court to turn over possession of such property to the plaintiff may subject you to being held in contempt of court.**

    6.    Number of pages attached:  0

IT IS SO ORDERED.

Dated:  **May 5, 2016**               _/s/ Dale A. Drozd_
                                       UNITED STATES DISTRICT JUDGE

2128060.1 | 100287-0044

4

[PROPOSED] ORDER FOR WRIT OF POSSESSION AFTER HEARING (CLAIM AND DELIVERY)

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427