1  Andrew K. Alper (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard
3  Nineteenth Floor
   Los Angeles, California  90017-2427
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for Plaintiff, ASCENTIUM CAPITAL,
6  LLC

7

8
   **UNITED STATES DISTRICT COURT**
9
   **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
10

11

12 ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,   CASE No. 1:16-cv-00356-LJO-JLT

   **PRIVATE PLACE ORDER**

13        Plaintiff,

14 v.                                                              Date:   May 5, 2016
                                                                   Time:
15 GURMINDER SINGH; JASWINDER                                      Dept.:
   BHANGOO; BLUJAY TRANSPORT INC., a
16 California corporation,

17        Defendants.

18

19     Upon application duly made by Plaintiff ASCENTIUM CAPITAL, LLC, a Delaware

20 limited liability company, ("Plaintiff"), and good cause having been shown therefore:

21     IT IS ORDERED that an United States Marshal, in executing the Writ of Possession

22 (Claim and Delivery) ("Writ") issued by this Court in the above-captioned matter, may procure the

23 services of a locksmith or utilize any other reasonable means necessary to gain access to the

24 premises where the property that is the subject of the Writ is located — to-wit:

25     6907 Wild Rogue Ct., Bakersfield, California  93313, and/or 7417 Sutter Mill Street,

26     Bakersfield, California  93313

27     to carry out the levy of said Writ in the event the above premises are padlocked or

28 otherwise closed.

IT IS SO ORDERED.

Dated: **May 5, 2016**

_____
UNITED STATES DISTRICT JUDGE

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California 90017-2427