Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, ASCENTIUM CAPITAL, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GURMINDER SINGH; JASWINDER BHANGOO; BLUJAY TRANSPORT INC., a California corporation,<br><br>Defendants. | CASE No. 1:16-cv-00356-LJO-JLT<br><br>**TURNOVER ORDER AS TO DEFENDANTS IN CONNECTION WITH ISSUANCE OF WRIT OF POSSESSION BY PLAINTIFF**<br><br>Date: May 6, 2016<br>Time:<br>Dept.: |

## **ORDER**

Upon application duly made by Plaintiff ASCENTIUM CAPITAL, LLC, a Delaware limited liability company, ("Plaintiff"), for the issuance of a turnover order directed to Defendants GURMINDER SINGH; JASWINDER BHANGOO; and BLUJAY TRANSPORT INC., a California corporation, ("Defendants") in connection with Plaintiff's Application for Writ of Possession (Claim and Delivery), and good cause having been shown therefor:

IT IS HEREBY ORDERED that Defendants GURMINDER SINGH; JASWINDER BHANGOO; and BLUJAY TRANSPORT INC., a California corporation, immediately upon entry/levy of this Order, deliver the following property to the Plaintiff via the United States

Marshal:

    Two 2007 Utility Trailers, S/N 1UYVS253X7U032909 and 1UYVS25327U032922;

    Two 2007 Utility Trailers, S/Ns 1UYVS25397U032903 and 1UYVS25317U032927; and

    Two 2007 Utility Trailers, S/Ns 1UYVS25327U033424 and 1UYVS25327U033410.

IT IS SO ORDERED.

Dated: **May 5, 2016**

                                                _Dale A. Drozd_
                                      UNITED STATES DISTRICT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427